Julia Galvin, as Administratrix, etc., of William F. Meade, Deceased, Respondent, v. Norwood Avenue Garage Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Stapleton, Mills, Rich and Putnam, JJ.

Urania U. Glaser, Respondent, v. John N. Burns and Others, Respondents, Impleaded with Bridge Cafe, Appellant, and Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Stapleton, Mills, Rich and Putnam, JJ., concurred.

Esther Goldstein, Appellant, v. Louis Goldstein, Respondent.— Order affirmed. No opinion. Jenks, P. J., Thomas, Carr, Mills and Rich, JJ., concurred.

In the Matter of the Application. of David H. Bailey, Respondent, for the Cancellation of Assessment, etc., for Acquiring Title to West Twenty-seventh Street, etc., Borough of Brooklyn, City of New York. The City of New York, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Stapleton, Mills, Rich and Putnam, JJ., concurred.

In the Matter of the Application of Vincent P. Donihee, Respondent, for the Cancellation of Assessment, etc., for Acquiring Title to West Twenty-seventh Street, etc., Borough of Brooklyn, City of New York. The City of New York, Appellant.— The grant was asked for and accepted by the city. If, as now appears, the ceded title did not reach to the street center line, there is no ground to charge deceit, fraud or bad faith. The city having accepted and recorded the deed, and having never rejected same, cannot now disaffirm, without restoring respondent to his original position, which it is now too late to do. Order affirmed, with ten dollars costs and disbursements. Jenks, P. J., Stapleton, Mills, Rich and Putnam, JJ., concurred.

Bernard Levinson, Appellant, v. Charles O. Weygant, Respondent.— Judgment and order of the County Court of Orange county unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Stapleton, Mills, Rich and Putnam, JJ.

William Maher, an Infant, by Margaret E. Maher, His Guardian ad Litem, Respondent, v. Samuel Rowland, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Stapleton, Mills, Rich and Putnam, JJ.